# Exhibit A

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JENNIE POYE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　vs.<br><br>YELP, INC.,<br><br>　　　　Defendant. | Case No.: |

## Consent To Join Form

I work or worked for Yelp, Inc. ("Yelp") as an hourly, non-exempt Agent ("Agent") and worked uncompensated overtime.

I choose to participate in the lawsuit titled *Poye v. Yelp, Inc.*, to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b), and other relief under federal law.

I choose to be represented in this action by the named plaintiff and Sommers Schwartz, P.C. and Outten & Golden LLP (collectively, "Plaintiff's Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by a court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiff's Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiff's Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

I also consent to join any separate or subsequent action to assert my claims against Yelp, and/or any related entities or persons potentially liable.

Print Name: 　Jennie Poye

Signature: 　*/s/ Jennie Poye*

Date: 　06/08/2017