# Exhibit B

Yelp Inc.   140 New Montgomery St.   9th Floor   San Francisco, CA 94105

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Jennie Poye | Yelp Inc. | | | 011525 | 03/16/2017 | 03/31/2017 | 03/31/2017 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 2,166.67 | 65.01 | 546.45 | 0.00 | 1,555.21 |
| YTD | | 17,673.48 | 524.05 | 4,893.67 | 133.54 | 12,122.22 |

| Earnings ||||||| Employee Taxes |||
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Local Sales Commission | | | | | 4,345.00 | Social Security | 134.34 | 1,095.81 |
| Regular | 03/16/2017-03/31/2017 | 86.67 | 0 | 2,166.67 | 11,664.44 | Medicare | 31.42 | 256.28 |
| RSU | | | | | 206.58 | Federal Withholding | 323.94 | 3,078.51 |
| Additional Reg | | | | | 86.25 | State Tax - AZ | 56.75 | 463.07 |
| Overtime | | | | | 35.63 | | | |
| PTO | | | | | 673.08 | | | |
| Regular | 03/01/2017-03/15/2017 | -62.67 | 0 | -1,566.67 | | | | |
| Regular | 03/01/2017-03/15/2017 | 40.17 | 0 | 1,004.17 | | | | |
| Sales Incentive Time | | | | | 50.00 | | | |
| Sick | 03/01/2017-03/15/2017 | 22.5 | 25 | 562.50 | 612.50 | | | |
| Earnings | | | | 2,166.67 | 17,673.48 | Employee Taxes | 546.45 | 4,893.67 |

| Pre Tax Deductions ||| Post Tax Deductions |||
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K | 65.01 | 524.05 | RSU | | 133.54 |
| Pre Tax Deductions | 65.01 | 524.05 | Post Tax Deductions | 0.00 | 133.54 |

| Employer Paid Benefits ||| Taxable Wages |||
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Match | 65.01 | 524.05 | OASDI - Taxable Wages | 2,166.81 | 17,674.32 |
| ER paid Benefits | 205.72 | 1,234.32 | Medicare - Taxable Wages | 2,166.81 | 17,674.32 |
| GTL | 0.14 | 0.84 | Federal Withholding - Taxable Wages | 2,101.80 | 17,150.27 |
| Employer Paid Benefits | 270.87 | 1,759.21 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information |||||
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| Bank of America | BOA Checking | ******8250 | | 1,555.21   USD |