# Exhibit C

Yelp Inc.   140 New Montgomery St.   9th Floor   San Francisco, CA 94105

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Jennie Poye | Yelp Inc. | | | 011525 | 02/16/2017 | 02/28/2017 | 02/28/2017 | |
| | | Gross Pay | | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 2,202.30 | | 66.07 | 558.74 | 0.00 | | 1,577.49 |
| YTD | | 13,253.89 | | 391.45 | 3,770.99 | 133.54 | | 8,957.91 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Local Sales Commission | | | | | 4,345.00 | Social Security | 136.55 | 821.78 |
| Regular | 02/16/2017-02/28/2017 | 86.67 | 0 | 2,166.67 | 8,493.60 | Medicare | 31.93 | 192.19 |
| RSU | | | | | 206.58 | Federal Withholding | 332.58 | 2,409.71 |
| Overtime | 02/01/2017-02/15/2017 | 0.95 | 37.5 | 35.63 | 35.63 | State Tax - AZ | 57.68 | 347.31 |
| PTO | | | | | 73.08 | | | |
| Sales Incentive Time | | | | | 50.00 | | | |
| Sick | | | | | 50.00 | | | |
| Earnings | | | | 2,202.30 | 13,253.89 | Employee Taxes | 558.74 | 3,770.99 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K | 66.07 | 391.45 | RSU | | 133.54 |
| Pre Tax Deductions | 66.07 | 391.45 | Post Tax Deductions | 0.00 | 133.54 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Match | 66.07 | 391.45 | OASDI - Taxable Wages | 2,202.44 | 13,254.45 |
| ER paid Benefits | 205.72 | 822.88 | Medicare - Taxable Wages | 2,202.44 | 13,254.45 |
| GTL | 0.14 | 0.56 | Federal Withholding - Taxable Wages | 2,136.37 | 12,863.00 |
| Employer Paid Benefits | 271.93 | 1,214.89 | | | |

| | | Federal | | State |
|---|---|---|---|---|
| Marital Status | | Single | | |
| Allowances | | 0 | | 0 |
| Additional Withholding | | 0 | | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| Bank of America | BOA Checking | ******8250 | | 1,577.49   USD |