# Exhibit D

Yelp Inc.   140 New Montgomery St.   9th Floor   San Francisco, CA 94105

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Jennie Poye | Yelp Inc. | | | 011525 | 10/01/2016 | 10/15/2016 | 10/14/2016 | |
| | | Gross Pay | Pre Tax Deductions | | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 1,650.00 | 49.50 | | 569.57 | 0.00 | | 1,030.93 |
| YTD | | 45,162.53 | 1,330.64 | | 12,162.74 | 24.16 | | 31,669.15 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Additional Reg | | | | | 37.15 | Social Security | 102.30 | 2,800.08 |
| Local Sales Commission | 10/01/2016-10/15/2016 | 0 | 0 | 1,650.00 | 14,086.12 | Medicare | 23.93 | 654.86 |
| Overtime | | | | | 325.90 | Federal Withholding | 400.13 | 7,524.31 |
| PTO | | | | | 1,672.85 | State Tax - AZ | 43.21 | 1,183.49 |
| Referral Bonus | | | | | 1,000.00 | | | |
| Regular | | | | | 26,585.28 | | | |
| RSU | | | | | 810.78 | | | |
| Sick | | | | | 741.85 | | | |
| Unpaid Time | | | | | -97.40 | | | |
| Earnings | | | | 1,650.00 | 45,162.53 | Employee Taxes | 569.57 | 12,162.74 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K | 49.50 | 1,330.64 | RSU | | 524.16 |
| | | | T&E Reimbursement | | -500.00 |
| Pre Tax Deductions | 49.50 | 1,330.64 | Post Tax Deductions | 0.00 | 24.16 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Match | 0.00 | 1,000.00 | OASDI - Taxable Wages | 1,650.00 | 45,162.53 |
| ER paid Benefits | | 3,753.90 | Medicare - Taxable Wages | 1,650.00 | 45,162.53 |
| | | | Federal Withholding - Taxable Wages | 1,600.50 | 43,831.89 |
| Employer Paid Benefits | 0.00 | 4,753.90 | | | |

| | | Federal | | State |
|---|---|---|---|---|
| Marital Status | | Single | | |
| Allowances | | 0 | | 0 |
| Additional Withholding | | 0 | | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| Bank of America | BOA Checking | ******8250 | | 1,030.93   USD |