JAHAN C. SAGAFI (State Bar No. 224887)
jsagafi@outtengolden.com
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, California 94111
Telephone:   (415) 638-8800
Facsimile:   (415) 638-8810

KEVIN J. STOOPS (*pro hac vice*)
kstoops@sommerspc.com
CHARLES R. ASH, IV (*pro hac vice*)
crash@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone:   (248) 355-0300
Facsimile:   (248) 746-4001

Attorneys for JENNIE POYE

MALCOLM A. HEINICKE (State Bar No. 194174)
malcolm.heinicke@mto.com
MARJA-LIISA OVERBECK (State Bar No. 261707)
mari.overbeck@mto.com
AARON D. PENNEKAMP (State Bar No. 290550)
aaron.pennekamp@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for YELP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIE POYE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>YELP, INC.,<br><br>Defendant. | Case No. 4:17-cv-3356 DMR CW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Claudia Wilken |

1   WHEREAS, Plaintiff has agreed to dismiss this action with prejudice as to her own individual claims only, and the parties agree that each side will bear its own attorneys' fees and costs and thus will not be entitled to any Court award of fees or costs;

   WHEREAS, the parties agree that the dismissal with prejudice of this action would preclude Plaintiff from bringing any already accrued claims related to her now terminated employment with Defendant, including without limitation any claims under the Arizona Wage Law, the Arizona Minimum Wage Law, the Arizona Administrative Code, or the Federal Fair Labor Standards Act; and

   WHEREAS, this dismissal is with prejudice to the individual claims of Plaintiff only and without prejudice to the claims of any other individual;

   NOW, THEREFORE, IT IS HEREBY STIPULATED THAT this action is dismissed in its entirety and with prejudice as to the individual claims of Plaintiff Jennie Poye only.

DATED: November 17, 2017

SOMMERS SCHWARTZ, P.C.
KEVIN J. STOOPS (*pro hac vice*)
CHARLES R. ASH, IV (*pro hac vice*)

OUTTEN & GOLDEN LLP
JAHAN C. SAGAFI

By: _____/s/ Kevin J. Stoops_____
     KEVIN J. STOOPS

Attorneys for JENNIE POYE

DATED: November 17, 2017

MUNGER, TOLLES & OLSON LLP
MALCOLM A. HEINICKE
MARJA-LIISA OVERBECK
AARON D. PENNEKAMP

By: _____/s/ Malcolm A. Heinicke_____
     MALCOLM A. HEINICKE

Attorneys for YELP INC.

   Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

[PROPOSED] ORDER

Pursuant to stipulation, **IT IS SO ORDERED**. This action is hereby dismissed in its entirety, and such dismissal shall be with prejudice to the individual claims of Plaintiff Jennie Poye only.

DATED: November 22, 2017



_____
Hon. Claudia Wilken
United States District Judge

IT IS SO ORDERED
Judge Claudia Wilken